**Order entered April 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01371-CV

### KEITH WAGONER AND DARRON T. WILSON, Appellants

### V.

### DALLAS TEXAS, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

We **GRANT** appellant Darron T. Wilson's April 2, 2015 motion to extend the time to file

an amended brief and **ORDER** the brief be filed no later than May 6, 2015.

/s/     CRAIG STODDART
JUSTICE